UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO GONZALEZ and MAYA JACKSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOLD DIGGERS GENTLEMEN'S CLUB, GGC ENTERPRISES, INC., and JAMES LIGHT,<br><br>        Defendants.<br>_____ / | **NEW CASE NO. 1:13-cv-2039-BAM**<br><br>AMENDED ORDER ASSIGNING CASE RE PRESIDING JUDGE[1]<br><br>Old Case No. 1:13-cv-2039 LJO-BAM |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action.  Plaintiffs Rocio Gonzalez and Maya Jackson filed their notice of consent on April 30, 2014 and Defendants Gold Diggers Gentleman's Club, GGC Enterprises, Inc., and James Light, filed their consents on May 1, 2014, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 12, 13).

All future pleadings shall be numbered as follows:

**1:13-cv-2039 BAM**

IT IS SO ORDERED.

Dated:   **May 2, 2014**                         /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

---

[1] This consent order is amended to reflect Plaintiffs' proper names.

1