UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO GONZALEZ,<br>MAYA JACKSON,<br><br>   Plaintiffs,<br><br>  v.<br><br>GGC ENTERPRISES, INC. dba GOLD DIGGERS GENTLEMEN'S CLUB,<br>JAMES LIGHT,<br><br>   Defendants. | Case No. 1:13-cv-2039-BAM<br><br>ORDER DISMISSING CASE |

  Pursuant to the stipulation of dismissal filed on July 8, 2015, by Plaintiffs Rocio Gonzalez and Maya Jackson and Defendants Gold Diggers Gentlemen's Club, GGC Enterprises, Inc. and James light this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 15, 2015**         /s/ Barbara A. McAuliffe
                    UNITED STATES MAGISTRATE JUDGE